SHELDON S. WHEELER, Respondent, v. TOWN OF BARKER, Appellant.

*Wheeler* v. *Town of Barker*, 166 App. Div. 953, affirmed.
(Argued December 21, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries and for damage to an automobile alleged to have been caused through defendant's negligence in failing to properly protect an alleged dangerous embankment on one of its highways. It was alleged that plaintiff in an automobile owned and driven by him was traveling southerly along a narrow dugway

in the defendant town and went over an unprotected embankment immediately after reaching a point where there was not only a change in the direction and grade of the road but also an abrupt narrowing of the road.

*Edmund B. Jenks* and *Robert S. Parsons* for appellant.
*Thomas B. Kattell* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.